

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00163-CV

**THE TRILATERAL GROUP, LLC, D/B/A**
**AL ASSOCIATES, LLC, D/B/A ABEL-LYONN**
**& ASSOCIATES; & JOHN DOE 1-3,**

                                        **Appellants**

 **v.**

**MARY VALADEZ,**

                                        **Appellee**

-------

**From the 170th District Court**
**McLennan County, Texas**
**Trial Court No. 2016-3328-4**

-------

## MEMORANDUM OPINION

-------

Appellant, The Trilateral Group, LLC, filed its notice of appeal on May 11, 2017, challenging the trial court's Judgment Nihil Dicit signed on November 9, 2016.[1] The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. On June 6, 2017,

-------

[1] In its notice of appeal, appellant asserted that it did not participate either in person or through counsel in the hearing that resulted in the complained-of judgment. Therefore, appellant's appeal is considered to be a restricted appeal. *See* TEX. R. APP. P. 26.1(c), 30.

we sent a letter explaining that the docketing statement must be filed and warning that the Court would dismiss the appeal if a docketing statement was not filed within twenty-one days. *See id.* at R. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement. Accordingly, we dismiss this appeal. *See id.* at R. 32.1, 42.3(c); *see also Hensley v. W.M. Specialty Mortgage, LLC*, 2005 Tex. App. LEXIS 9614, at **1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing a case for failure to file a docketing statement).

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 19, 2017
[CV06]

